■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS AULETA, Appellant, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, Respondent. [919 NYS2d 457]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ In the Matter of KAYLIN C. and Others, Infants. WYOMING COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; AMANDA W., Appellant. [919 NYS2d 457]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ In the Matter of STEUBEN COUNTY SUPPORT COLLECTION UNIT et al., Respondents, v NEIL T. KELLY, Appellant. [919 NYS2d 424]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.